ACCEPTED
12-15-00039-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/28/2015 10:11:30 AM
CATHY LUSK
CLERK

## NO. 12-15-00039-CR

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/28/2015 10:11:30 AM
CATHY S. LUSK
Clerk

ON APPEAL FROM THE 159TH JUDICIAL DISTRICT COURT
ANGELINA COUNTY, TEXAS
CAUSE NO. 2014-0191

| TAURUS JENKINS | § | IN THE 12TH COURT OF APPEALS |
|---|---|---|
| | § | |
| | § | OF |
| vs. | § | |
| | § | |
| STATE OF TEXAS | § | TYLER, TEXAS |

## THIRD MOTION TO EXTEND TIME TO FILE APPEALANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Taurus Jenkins, Appellant, in the above styled and numbered cause, and moves the Court to grant an extension of time to file his appellant's brief, pursuant to TEX. R. APP. P. 10.5 (b) and for good cause shows the following:

1. This case is on appeal from the 159th Judicial District Court of Angelina County, Texas.

2. The case below was styled the STATE OF TEXAS vs. TAURUS JENKINS, and numbered #2014-0191.

3. Appellant was convicted of Assault-Family Violence on January 26, 2015.

4. Appellant was assessed a sentence of six (6) years imprisonment in the Texas Department of Corrections – Institutional Division.

5. Pursuant to TEX. R. APP. P. 26.2, notice of appeal was filed on January 27, 2015. Defendant filed a Motion for New Trial on February 18, 2015. A hearing on the Motion for New trial was held on March 25, 2015. The motion was denied.

6. Defendant is not in custody. He posted an appeal bond.

7.      The appellant's brief wasdue on July 29, 2015. A second extension was requested in this cause on July 27, 2015. The Court granted the extension on July 30, 2015 to the current due date of August 28, 2015.  The appellant request one last 30 day extension.

8.      The State does not oppose an extension in this cause.

9.      Appellant requests an extension of time of thirty (30) days from the present date or until September 28, 2015.

10.     Appellant relies on the following facts as good cause for the requested extension:

Appellant counsel was appointed to a Murder case on August 6, 2015, State v. Richard Taylor scheduled to go to trial on September 14, 2015.  Appellant's counsel also is currently involved in a jury trial in State v. Valdez, Cause No. 2015-0168 with trial on August 31, 2015. Counsel also has two pending federal jury trials. The undersigned counsel believes that he can complete the brief during the thirty (30) days if an extension is granted.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Third Motion To Extend Time to File Notice of Appeal, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Albert J. Charanza Jr.
Charanza Law Office, P.C.
P.O. Box 1825
Lufkin, Texas 75902
936/634-8568
936/634-0306 (fax)
State Bar No. 00783820
ATTORNEY FOR THE APPELLANT

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing SECOND MOTION TO EXTEND TIME TO FILE APPEALANT'S BRIEF was served upon the District Attorney's Office, Angelina County, Texas, 215 East Lufkin Avenue, Lufkin, Texas 75901 on August 28, 2015 via electronic filing under Tex. R. App. P. 9.5.

Albert J. Charanza Jr.

**NO. 12-15-00039-CR**

ON APPEAL FROM THE 159TH JUDICIAL DISTRICT COURT
ANGELINA COUNTY, TEXAS
CAUSE NO. 2014-0191

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF ANGELINA** | § |

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, on this day personally appeared Albert J. Charanza, Jr., who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Third Motion To Extend Time to File Appellant's Brief and swears that all of the allegations of fact contained therein are true and correct."

Albert J. Charanza, Jr. Affiant
Counsel for Appellant, Taurus Jenkins

**SUBSCRIBED AND SWORN TO BEFORE ME** on August 28, 2015, to certify which witness my hand and seal of office.

Notary Public, State of Texas

LUCIA GONZALEZ
Notary Public, State of Texas
My Commission Expires
May 01, 2018